IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ELISA MAY MITTLESTAED, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA CHILD AND FAMILY SERVICES DIVISION, et al.,<br><br>Defendants. | CV 22-58-BLG-SPW-TJC<br><br>**ORDER** |

On February 7, 2023, State Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. 35.) On March 9, 2023, Defendant Brittney Anderson also filed a Motion to Dismiss under Rule 12(b)(6). (Doc. 40.) Subsequently, Plaintiffs filed a Second Amended Complaint (Doc. 44), which moots Defendants' motions. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Accordingly, State Defendant's Motion to Dismiss (Doc. 35) and Defendant Brittney Anderson's Motion to Dismiss (Doc. 40) are **DENIED as moot**.

DATED this 21st day of March, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge