UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ELISA MAY MITTELSTAED, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA CHILD AND FAMILY SERVICES DIVISION, et al.,<br><br>Defendant. | Case No. CV-22-58-BLG-SPW-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered per the Courts Order E.C.F. 63 filed on February 14, 2024 as to Count 9 and the Rimrock defendants.

    Dated this 18th day of March, 2024.

                                TYLER P. GILMAN, CLERK

                                By: /s/ E.Hamnes
                                E.Hamnes, Deputy Clerk